THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. N. Y., W. & B. Ry. Co.* v. *Purdy*, 177 App. Div. 918, affirmed.

(Submitted June 4, 1917; decided June 15, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1917, which affirmed an order of Special Term reducing and confirming as reduced an assessment for purpose of taxation upon railroad bridges of the relator. The assessment was made on the theory that each of said bridges was a part of the real estate of the relator assessable by officials of the city of New York having jurisdiction in the premises. The relator alleged that each of said bridges was a part of the crossing of the relator over the street or avenue in question and, therefore, a part of the special franchise of the relator in the city of New York, and that the assessment thereof was, therefore, solely within the jurisdiction of the state board of tax commissioners, and outside the jurisdiction of the respondents. Defendants claim that where the legal opening of the street preceded the consent to cross there is a special franchise; where it did not, there is no special franchise.

*George S. Graham* and *Ralph P. Buell* for appellant.

*Lamar Hardy, Corporation Counsel* (*William H. King* and *Addison B. Scoville* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ.